Exhibit "B"

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - x
BENEFICIAL MUTUAL SAVINGS         :
BANK,                             :
Plaintiff,                        :
                                  :     CIVIL ACTION NO.:
vs.                               :     3:12 MC14 (AWT)
                                  :
ANGELICA J. PHILIPPOPOULOS,       :
Defendant.                        :
- - - - - - - - - - - - - - - - x

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - - - - - - - - - - - - - - - x
BENEFICIAL MUTUAL SAVINGS         :
BANK,                             :
Plaintiff,                        :
                                  :     CASE NO.:
vs.                               :     11-2348
                                  :
ANGELICA J. PHILIPPOPOULOS,       :
Defendant.                        :
- - - - - - - - - - - - - - - - x

STATEMENT ON THE RECORD BY COUNSEL RE THE
NONAPPEARANCE OF ANGELICA J. PHILIPPOPOULOS
DATE:  MARCH 21, 2012
HELD AT:  SIX LANDMARK SQUARE
STAMFORD, CONNECTICUT


ANTHONY D. LORENZ, LSR #505
Registered Diplomate Reporter
Certified Realtime Reporter

BRANDON SMITH REPORTING AND VIDEO
249 Pearl Street
Hartford, CT   06103
(860) 549-1850

Beneficial Mutual v. Philippopoui

3/21/2012                                                  Angelica Philippopoui

```
                                                              Page 2
 1   APPEARANCES:

 2

 3   On behalf of the Plaintiff:

 4
         LEVETT ROCKWOOD, P.C.
 5       33 Riverside Avenue
         Westport, Connecticut 06880
 6       203.222.0885
         rharris@levettrockwood.com
 7       BY: ROBERT A. HARRIS, ESQ.

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Beneficial Mutual v. Philippopoui
3/21/2012                                    Angelica Philippopoui

Page 3

1           (Commencing at 9:40 a.m.)
2           MR. HARRIS:  My name is Robert Harris.
3    This deposition was scheduled to begin at
4    9:30 a.m.  I have asked our reporter to mark,
5    as Exhibit 1, a copy of a subpoena directing
6    the deponent, Ms. Philippopoulos, to appear at
7    this deposition.
8           (Exhibit 1 was marked for
9    identification.)
10          MR. HARRIS:  The exhibit also includes
11   an Exhibit A, which was a document request,
12   enumerating materials the deponent had been
13   directed to produce.
14          And also attached to the exhibit is an
15   affidavit of service from Gabriele Madigan,
16   confirming that the deponent had been served
17   with the subpoena.
18          It is now approximately 9:40, and there
19   has been no direct word from the witness
20   indicating any explanation for her
21   nonappearance.
22          I will note for the record, however,
23   that I'm told by Attorney Susan Verbonitz, who
24   represents the plaintiff in proceedings in the
25   Federal Court in Pennsylvania, and whose

Beneficial Mutual v. Philippopoui
3/21/2012                                              Angelica Philippopoui

Page 4

1   motion to admit pro hac vice is pending before
2   the United States District Court in
3   Connecticut -- she informed me yesterday that
4   she, Attorney Verbonitz, had been advised by
5   Ms. Philippopoulos's counsel in Philadelphia
6   that -- or she'd been advised.  I'm not sure
7   if it was by counsel, but she'd been advised
8   that that counsel for Ms. Philippopoulos filed
9   a petition to open, or strike the judgment
10  that has entered in the United States District
11  Court for the Eastern District of
12  Pennsylvania.  That judgment has been
13  registered in the District Court of
14  Connecticut; and that counsel for
15  Ms. Philippopoulos in Philadelphia, in
16  addition to filing the petition to open or
17  strike that judgment, has moved for a
18  protective order with respect to the
19  deposition that was scheduled for today.
20          So with those comments for the record,
21  and given the time and the apparent decision
22  by Ms. Philippopoulos not to appear today, we
23  will adjourn the proceedings.
24
25

Beneficial Mutual v. Philippopoui
3/21/2012                                              Angelica Philippopoui

Page 5

1                       CERTIFICATION

2

3       I, Anthony D. Lorenz, a Notary Public and

4   Licensed Certified Reporter duly commissioned and

5   qualified in and for the State of Connecticut, do

6   hereby certify that the foregoing statement is a true

7   and accurate transcription of my stenographic notes

8   to the best of my ability.

9       IN WITNESS THEREOF, I have hereunto set my hand

10  this 21st day of March, 2012.

11

12

13  _____
    ANTHONY D. LORENZ, RMR-RDR
14  LSR License #00505

15

16

17

18

19

20

21

22

23

24

25

Brandon Smith Reporting & Video
860-549-1850       production@brandonreporting.com    249 Pearl Street